IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVINSON ALIM, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>AIRCRAFT SERVICE INTERNATIONAL GROUP, INC., and BBA AVIATION,<br><br>    Defendants.<br>                                           / | No. C 12-02133 WHA<br><br>**NOTICE RE LETTER** |

     This notice is filed in response to plaintiffs' letter seeking clarification on the order allowing preemption discovery. The August 23 order did not limit the scope of permissible discovery allowed by the general case management order.

Dated: September 17, 2012.

                                                                      WILLIAM ALSUP<br>
                                                                      UNITED STATES DISTRICT JUDGE