United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVINSON ALIM, et al., | No. C 12-02133 WHA |
| Plaintiffs, | |
| v. | **ORDER RE FAILURE TO SUBMIT AN OPPOSITION** |
| AIRCRAFT SERVICE INTERNATIONAL GROUP, INC., BBA AVIATION, | |
| Defendants. | |

Defendants have failed to submit an opposition or statement of non-opposition to plaintiffs' motion to amend their complaint. CIVIL L.R. 7-3. Defendants must do so by **NOON TOMORROW**. Otherwise, plaintiffs' motion will be granted.

**IT IS SO ORDERED.**

Dated: October 16, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE