United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVINSON ALIM, REYNALDO EBORLAS, SIONE FAKAVA, LORETO GILLA, RYAN DE GUZMAN, and REGINALD VERGARA,<br><br>    Plaintiffs,<br><br>  v.<br><br>AIRCRAFT SERVICE INTERNATIONAL GROUP, INC., BBA AVIATION, and DOES 1–20,<br><br>    Defendants. | No. C 12-02133 WHA<br><br>**ORDER RE EMAIL RE SETTLEMENT** |

Although an email is not an appropriate way to communicate with the Court, the Court acknowledges the email dated December 10, 2012, and asks that the dismissal be filed by **NOON ON FRIDAY, DECEMBER 21, 2012**.

**IT IS SO ORDERED.**

Dated: December 14, 2012.

                      WILLIAM ALSUP
                      UNITED STATES DISTRICT JUDGE