IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REVINSON ALIM, REYNALDO EBORLAS, SIONE FAKAVA, LORETO GILLA, RYAN DE GUZMAN, and REGINALD VERGARA,<br><br>Plaintiffs,<br><br>v.<br><br>AIRCRAFT SERVICE INTERNATIONAL GROUP, INC., BBA AVIATION, and DOES 1–20,<br><br>Defendants. | No. C 12-02133 WHA<br><br>**ORDER RE NOTICE OF SETTLEMENT** |

In response to plaintiffs' letter of December 18, 2012, regarding a settlement, please take notice that all deadlines apply until a dismissal is filed. See paragraph 11 of the Court's case management order dated August 9, 2012.

**IT IS SO ORDERED.**

Dated: December 19, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE